# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

DAVEDE L. LEWIS

NO. 2020 KW 0509

AUG 1 7 2020

---

In Re:    Davede L. Lewis, applying for supervisory writs, 22nd
          Judicial District Court, Parish of St. Tammany, No.
          604,332.

---

**BEFORE:   WHIPPLE, C.J., GUIDRY AND WOLFE, JJ.**

**WRIT DENIED.**  The Clerk of Court of St. Tammany Parish has no record of receiving relator's "Motion to Correct an Illegal Sentence," allegedly filed on March 5, 2020.  Relator should file the motion with the clerk of court of the district court before seeking relief from this court.

**VGW**
**JMG**
**EW**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT